HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO. LTD, a China company,<br><br>    Defendants. | Case No. 14-cv-01351-RAJ<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN KILEY** |

**TO:**    **CLERK OF THE COURT**

**AND TO:**    **ALL COUNSEL OF RECORD**

    PLEASE TAKE NOTICE that attorney Kevin Kiley of Irell & Manella LLP hereby withdraws as attorney of record in this case.

    PLEASE TAKE FURTHER NOTICE that John C. Hueston, Alison L. Plessman and Eric J. Hayden of Hueston Hennigan LLP (formerly of Irell & Manella LLP) remain the attorneys of record for Plaintiff T-Mobile USA, Inc., and all future notices, pleadings or papers should continue to be served upon them at the address listed below.

///

///

///

NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN KILEY - 1
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1    DATED this 12th day of January, 2015.

2

3                                          s/ Michael E. Kipling
                                           Michael E. Kipling, WSBA #7677
4                                          Marjorie A. Walter, WSBA #40078
                                           kipling@kiplinglawgroup.com
5                                          walter@kiplinglawgroup.com
                                           **KIPLING LAW GROUP PLLC**
6                                          3601 Fremont Avenue N., Suite 414
                                           Seattle, WA 98103
7                                          (206) 545-0345
                                           (206) 545-0350 (fax)
8

9                                          John Hueston (admitted *pro hac vice*)
                                           Alison Plessman (admitted *pro hac vice*)
10                                         Eric Hayden (admitted *pro hac vice*)
                                           jhueston@hueston.com
11                                         aplessman@hueston.com
                                           ehayden@hueston.com
12                                         **HUESTON HENNIGAN LLP**
                                           660 Newport Center Drive, Suite 1000
13                                         Newport Beach, CA 92660
                                           (949) 229-8640
14

15                                         ***Counsel for Plaintiff T-Mobile USA, Inc.***

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN
KILEY - 2
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 12th day of January, 2015.

s/ Michael E. Kipling
Michael E. Kipling, WSBA #7677
**KIPLING LAW GROUP PLLC**
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103
(206) 545-0345
(206) 545-0350 (fax)
kipling@kiplinglawgroup.com

*Counsel Plaintiff T-Mobile USA, Inc.*

NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN
KILEY - 3
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350