HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC., a Delaware corporation

    Plaintiff,

v.

HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO. LTD, a China corporation,

    Defendants.

Case No. C14-1351-RAJ

JOINT REQUEST TO MODIFY ORDER SETTING TRIAL DATE AND RELATED DATES

On January 6, 2015, this Court issued a Minute Order Setting Trial Date and Related Dates. Since that time, the Parties have worked diligently to meet the schedule. Even with that effort, the Parties have determined that it is necessary to request the Court to modify the schedule to allow for a modest continuance of the current trial date and interim dates. LCR 16(b)(4) states that the scheduling order may be modified "only for good cause and with the judge's consent." The Parties believe modification of the schedule is appropriate for two principal reasons.

    1.    <u>Procedural Complexity</u>. As the Court is aware, this is a substantively complex case. The procedural complexities have also been significant, involving both domestic and foreign entities. For example, Defendants are currently in the process of seeking discovery from

JOINT REQUEST TO MODIFY ORDER SETTING TRIAL
DATE AND RELATED DATES - 1
(C14-1351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

a third party located in Finland via the Hague Convention. This is a lengthy and complex process.

2. <u>Time Needed to Complete Fact and Expert Discovery</u>. The Parties have been diligently pursuing discovery. To date, Defendants have produced over 1.2 million pages of documents and Plaintiff has produced approximately 185,000 pages. The Parties' document productions are ongoing. The Parties are aware that LCR 16(b)(4) provides that "mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance." However, the discovery in this case has been complicated by several factors. For example, documents subject to discovery include third-party proprietary business information subject to nondisclosure agreements or other contractual confidentiality obligations. The process of giving notice and responding to third-party concerns and requests to review the material subject to discovery has increased significantly the time required for Plaintiff to complete discovery in this matter. In addition, tens of thousands of Defendants' documents are in Chinese. This has added significantly to the time needed both for the Defendants to prepare those documents for production and for the Plaintiff to review. The Parties are making their source code and facilities in Seattle and Beijing available for inspection by their respective experts. The proposed extension provides for expert discovery to be conducted after the close of fact discovery, thereby reducing the risk of experts having to submit supplemental reports based upon newly discovered facts. In short, the Parties believe that the proposed schedule will allow them to position the case better for the Court's consideration of the issues in summary judgment and, if necessary, trial.

In light of the above, the Parties have met and conferred and agreed to seek a modest extension (approximately two months) of the remaining dates on the case schedule:

| **Event** | **Current Date** | **Requested Modified Date** |
|---|---|---|
| Deadline to file Amended Pleadings | December 23, 2015 | February 23, 2016 |
| Deadline to complete Fact Discovery | February 22, 2016 | March 18, 2016 |
| Expert Reports Due | December 23, 2015 | March 23, 2016 |
| Rebuttal Expert Reports Due | January 22, 2015 | April 22, 2016 |

JOINT REQUEST TO MODIFY ORDER SETTING TRIAL
DATE AND RELATED DATES - 2
(C14-1351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

| Deadline to complete Expert Discovery | February 22, 2016[1] | May 18, 2016 |
| --- | --- | --- |
| Deadline to file Dispositive Motions | March 22, 2016 | May 20, 2016 |
| Deadline to file Motions in Limine | May 23, 2016 | July 22, 2016 |
| Agreed Pretrial Order Due | June 6, 2016 | August 5, 2016 |
| Trial Materials (briefs, jury instructions, proposed voir dire, agreed neutral statement, deposition designations, and trial exhibits) Due | June 13, 2016 | August 12, 2016 |
| Jury Trial Date | June 20, 2016 | August 22, 2016 |

We respectfully request that the Court modify the January 6, 2015 Minute Order Setting Trial Date and Related Dates as set forth above.

DATED this 11th day of December, 2015.

| | |
| --- | --- |
| s/ Michael E. Kipling<br>Michael E. Kipling, WSBA #7677<br>**KIPLING LAW GROUP PLLC**<br>4464 Fremont Ave N, Suite 300<br>Seattle, WA 98103<br>(206) 545-0345<br>(206) 545-0350 (fax)<br>kipling@kiplinglawgroup.com<br><br>John Hueston (admitted *pro hac vice*)<br>Alison Plessman (admitted *pro hac vice*)<br>Eric Hayden (admitted *pro hac vice*)<br>**HUESTON HENNIGAN LLP**<br>523 West 6th Street<br>Los Angeles, CA 90014<br>(310) 277-1010<br>(310) 203-7199 (fax)<br>jhueston@hueston.com<br>aplessman@hueston.com<br>ehayden@hueston.com<br><br>*Counsel for Plaintiff T-Mobile USA, Inc.* | s/ Franklin D. Cordell (per email authorization)<br>Franklin D. Cordell, WSBA #26392<br>Jeffrey M. Thomas, WSBA #21175<br>**GORDON TILDEN THOMAS & CORDELL LLP**<br>1001 Fourth Avenue, Suite 4000<br>Seattle, Washington 98154<br>(206) 467-6477<br>(206) 467-6292 (fax)<br>fcordell@gordontilden.com<br>jthomas@gordontilden.com<br><br>William F. Abrams (admitted *pro hac vice*)<br>James F. Hibey (admitted *pro hac vice*)<br>Timothy C. Bickham (admitted *pro hac vice*)<br>Jessica I. Rothschild (admitted *pro hac vice*)<br>**STEPTOE & JOHNSON LLP**<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>(202) 429-3000<br>(202) 429-3902 (fax)<br>jhibey@steptoe.com<br>wabrams@steptoe.com<br>tbickham@steptoe.com<br>jrothschild@steptoe.com<br><br>*Counsel for Defendants Huawei Device USA, Inc. and Huawei Technologies Co., Ltd.* |

---

[1] Fact and expert discovery are not distinguished in the current Order.

JOINT REQUEST TO MODIFY ORDER SETTING TRIAL
DATE AND RELATED DATES - 3
(C14-1351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

# CERTIFICATE OF SERVICE

1. I hereby certify that on the 11th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 11th day of December, 2015.

s/ Michael E. Kipling
Michael E. Kipling, WSBA #7677
**KIPLING LAW GROUP PLLC**
4464 Fremont Avenue N., Suite 300
Seattle, WA 98103
(206) 545-0345
(206) 545-0350 (fax)
kipling@kiplinglawgroup.com

*Counsel Plaintiff T-Mobile USA, Inc.*

JOINT REQUEST TO MODIFY ORDER SETTING TRIAL
DATE AND RELATED DATES - 4
(C14-1351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350