THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO., LTD., a China company,<br><br>Defendants. | NO. 2:14-cv-01351-RAJ<br><br>DEFENDANTS HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM DEADLINE |

As a result of the agreement between the parties as reflected in the pending Stipulated Motion to Move Rebuttal Expert Report Deadline (Dkt. 231), Defendants Huawei Device USA, Inc. and Huawei Technologies Co., Ltd., hereby withdraw their Motion for Relief from Deadline (Dkt. 218).

DEFENDANTS HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM DEADLINE - 1
No. 2:14-cv-01351-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 30th day of September, 2016.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants


By  *s/Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Jeffrey M. Thomas, WSBA #21175
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone:  (206) 467-6477
    Facsimile:   (206) 467-6292
    Email:  fcordell@gordontilden.com

    James F. Hibey (admitted *pro hac vice*)
    Timothy C. Bickham (admitted *pro hac vice*)
    Jeffrey Theodore (admitted *pro hac vice*)
    Jessica I. Rothschild (admitted *pro hac vice*)
    **STEPTOE & JOHNSON LLP**
    1330 Connecticut Avenue NW
    Washington, DC 20036
    (202) 429-3000
    jhibey@steptoe.com
    tbickham@steptoe.com
    jtheodore@steptoe.com
    jrothschild@steptoe.com

    William F. Abrams*
    Meg Kammerud*
    Michael Flynn-O'Brien*
    1891 Page Mill Road
    Palo Alto, CA 94394
    Telephone: (650) 687-9500
    Facsimile: (650) 687-9499
    wabrams@steptoe.com
    mkammerud@Steptoe.com
    mflynnobrien@Steptoe.com
    * Admitted *Pro Hac Vice*

DEFENDANTS HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM DEADLINE - 2
No. 2:14-cv-01351-RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

DEFENDANTS HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM DEADLINE - 3
No. 2:14-cv-01351-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292