1

2

3

4                                              HONORABLE RICHARD A. JONES

5

6                          UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8   T-MOBILE USA, INC., a Delaware
    corporation,
9                                                   Case No. 14-cv-01351-RAJ
                  Plaintiff,
10                                                  **DECLARATION OF XINLIN LI**
         v.                                         **MORROW IN SUPPORT OF T-**
11                                                  **MOBILE USA, INC.'S MOTION**
    HUAWEI DEVICE USA, INC., a Texas                **FOR PARTIAL SUMMARY**
12  corporation; and HUAWEI TECHNOLOGIES            **JUDGMENT ON BREACH OF**
    CO. LTD, a China corporation,                   **CONTRACT**
13
                  Defendants.
14

15

16        I, Xinlin Li Morrow, hereby declare as follows:

17        1.      I am an attorney at the law firm of Hueston Hennigan LLP, counsel of record in

18  this action for Plaintiff T-Mobile USA, Inc. I am a member in good standing of the State Bar of

19  California and have been admitted *pro hac vice* in the above-entitled action to practice before this

20  Court. I have personal knowledge of the facts set forth in this declaration and, if called to testify,

21  I could and would testify competently thereto.

22        2.      Attached hereto as Exhibit A is a true and correct copy of the Handset and

23  Accessory Supply Agreement made between T-Mobile and Huawei, dated June 2, 2010, filed on

24  October 27, 2014 as Dkt. 32-6.

25        3.      Attached hereto as Exhibit B is a true and correct copy of Defendant Huawei Device

26  USA, Inc.'s Supplemental Responses and Objections to Plaintiff T-Mobile's Request for

27

DECLARATION OF XINLIN LI MORROW IN SUPPORT
OF T-MOBILE USA, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON BREACH OF
CONTRACT - 1
(14-cv-01351-RAJ)
5076139

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1  Admission No. 7, 9 9 and 11, served by Huawei on T-Mobile on June 19, 2015.

2          4.      Attached hereto as Exhibit C is a true and correct copy of Defendant Huawei

3  Technologies, Co. Ltd.'s Objections and Responses to Plaintiff T-Mobile's First Set of Requests

4  for Admission, served by Huawei on T-Mobile on August 25, 2015.

5          5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the

6  deposition transcript of Helen Li, dated May 24, 2016.

7          6.      Attached hereto as Exhibit E is a certified translation of Deposition Exhibit 3

8  marked at the deposition of Helen Li, dated May 24, 2016.

9          7.      Attached hereto as Exhibit F is a true and correct copy of the Mutual Nondisclosure

10 Agreement made between T-Mobile and Huawei, dated July 31, 2012 (TMHUA00461656-659).

11         8.      Attached hereto as Exhibit G is a true and correct copy of the Clean Room Letter

12 between T-Mobile and Huawei, dated August 16, 2012 (TMHUA00461652-655).

13         9.      Attached hereto as Exhibit H is a true and correct copy of an email from Richard

14 Yao to Sumeet Mann and Pritpal Singh, dated May 14, 2013 (TMHUA00456812).

15         10.     Attached hereto as Exhibit I is a true and correct copy of excerpts from the

16 deposition transcript of Sumeet Mann, dated May 10, 2016.

17         11.     Attached hereto as Exhibit J is a true and correct copy of excerpts from the

18 deposition transcript of Prachi Kathale, dated May 26, 2016.

19         12.     Attached hereto as Exhibit K is a true and correct copy of Deposition Exhibit 4

20 marked at the deposition of Prachi Kathale, dated May 26, 2016.

21         13.     Attached hereto as Exhibit L is a true and correct copy of Deposition Exhibit 14

22 marked at the deposition of Richard Yao, dated May 5, 2016.

23         14.     Attached hereto as Exhibit M is a certified translation of Deposition Exhibit 6

24 marked at the deposition of Prachi Kathale, dated May 26, 2016.

25         15.     Attached hereto as Exhibit N is a true and correct copy of Deposition Exhibit 5

26 marked at the deposition of Charles De Chateauvieux, dated May 5, 2016.

27

DECLARATION OF XINLIN LI MORROW IN SUPPORT
OF T-MOBILE USA, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON BREACH OF
CONTRACT - 2
(14-cv-01351-RAJ)
5076139

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

16.     Attached hereto as Exhibit O is a certified translation of an email from Wangyu (Frank) to Hupeng (Roc), dated April 15, 2013 (HUA02327632-636).

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts from the deposition transcript of Trey Villanueva, dated May 26, 2016.

18.     Attached hereto as Exhibit Q is a true and correct copy of Defendant Huawei USA's Objections and Responses to Plaintiff T-Mobile's First Set of Requests for Admission, served by Huawei on T-Mobile on March 12, 2015.

19.     Attached hereto as Exhibit R is a true and correct copy of security photos taken in T-Mobile's Validation Lab #2, dated May 14, 2013 (TMHUA00455012-016).

20.     Attached hereto as Exhibit S is a certified translation of an email from Wangyu (Frank) to Zhoujin (Catherine) et al., dated May 16, 2013 (HUA00470560-569).

21.     Attached hereto as Exhibit T is a true and correct copy of excerpts from the deposition transcript of Peng Hu, dated April 22, 2016.

22.     Attached hereto as Exhibit U is a true and correct copy of Deposition Exhibit 32 marked at the deposition of Richard Yao, dated May 6, 2016.

23.     Attached hereto as Exhibit V is a certified translation of an email from Wangyu (Frank) to Yangkai, Zhaolingzi, dated May 15, 2013 (HUA02327493-498).  Also included in Exhibit V is a certified translation of the attachment (HUA02327509-514) to the email on HUA02327493.

24.     Attached hereto as Exhibit W is a true and correct copy an email from Xiongxinfu (Adam) to Wangyu (Frank), dated May 15, 2013 (HUA01175468-473).

25.     Attached hereto as Exhibit X is a true and correct copy of excerpts from the deposition transcript of Richard Yao Volume 2, dated May 6, 2016.

26.     Attached hereto as Exhibit Y is a true and correct copy of a text message between Xiongxinfu (Adam) and Trey Villanueva (TMHUA00463712).

27.     Attached hereto as Exhibit Z is a true and correct copy of a text message between

DECLARATION OF XINLIN LI MORROW IN SUPPORT
OF T-MOBILE USA, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON BREACH OF
CONTRACT - 3
(14-cv-01351-RAJ)
5076139

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1 Xiongxinfu (Adam) and Trey Villanueva (TMHUA00463714).

2    28.    Attached hereto as Exhibit AA is a certified translation of Deposition Exhibit 40

3 marked at the deposition of Richard Yao, dated May 6, 2016.

4    29.    Attached hereto as Exhibit BB is a certified translation of Deposition Exhibit 39

5 marked at the deposition of Richard Yao, dated May 6, 2016.

6    30.    Attached hereto as Exhibit CC is a true and correct copy of T-Mobile's security

7 video (TMHUA00168129).  Exhibit CC is a video recording that cannot be filed via the ECF

8 system; a copy of the video will be filed today by hand with the Western District Clerk, under seal.

9    31.    Attached hereto as Exhibit DD is a true and correct copy of excerpts from the

10 transcript of Corban Cunningham, dated May 13, 2016.

11    32.    Attached hereto as Exhibit EE is a true and correct copy of Dkt. No. 79, Defendant

12 Huawei USA, Inc.'s Answer & Affirmative Defenses, filed August 28, 2015.

13    33.    Attached hereto as Exhibit FF is a true and correct copy of excerpts from the

14 deposition transcript of Richard Yao, dated May 5, 2016.

15    34.    Attached hereto as Exhibit HH is a true and correct copy of Dkt. No. 80, Defendant

16 Huawei Technologies Co., LTD's Answer & Affirmative Defenses, filed August 28, 2015.

17

18    I declare under penalty of perjury under the laws of the United States of America that the

19 foregoing is true and correct.

20

21    DATED this 20th day of October, 2016.

22

23    By:    *s/ Xinlin Li Morrow*
                 Xinlin Li Morrow

24

25

26

27

DECLARATION OF XINLIN LI MORROW IN SUPPORT
OF T-MOBILE USA, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON BREACH OF
CONTRACT - 4
(14-cv-01351-RAJ)
5076139

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 20th day of October, 2016.

s/ Xinlin Li Morrow
Xinlin Li Morrow (admitted *pro hac vice*)
xmorrow@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

***Counsel for Plaintiff T-Mobile USA, Inc.***

DECLARATION OF XINLIN LI MORROW IN SUPPORT
OF T-MOBILE USA, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON BREACH OF
CONTRACT - 5
(14-cv-01351-RAJ)
5076139

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350