HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

    Plaintiff,

  v.

HUAWEI DEVICE USA, INC., *et al.*,

    Defendants.

Case No. C14-1351-RAJ

ORDER

On February 10, 2017, the Court held a pretrial conference in the above captioned matter. In pre-conference email communications and/or at the conference itself, the parties raised several matters on an informal basis. The Court resolved these matters as follows.

First, Plaintiff T-Mobile USA, Inc. ("T-Mobile") requested that Defendant Huawei Device USA, Inc. ("Huawei") be precluded from calling Jin Zhou and Xuesong Yu as trial witnesses because they were not properly disclosed under Federal Rule of Civil Procedure 26. Because these proposed witnesses were not sufficiently disclosed, the Court granted T-Mobile's request. Accordingly, Huawei is precluded from calling these witnesses at trial.

Second, Huawei sought permission to obtain certain fact discovery from a foreign non-party located in Finland. Because discovery has long been closed and trial is imminent, the Court denied Huawei's request. Accordingly, further fact discovery is not permitted.

ORDER – 1

Third, T-Mobile requested twenty pages of further briefing on certain points of contention addressed in the parties' pretrial submissions. Huawei opposed this request. The Court finds that further, limited briefing is warranted. Accordingly, **within seven (7) days from the date of this Order**, the parties are each permitted to submit a brief **not exceeding ten (10) pages** to address these issues.

DATED this 13th day of February, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2