The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO., LTD., a China company,<br><br>　　　　　　　Defendants. | NO.  C14-1351 RAJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.'S MOTION TO SEAL** |

Defendants Huawei Device USA, Inc. and Huawei Technologies Co., Ltd. (collectively "Huawei") have moved, pursuant to Local Civil Rule 5(b), for leave to file under seal portions of Huawei Device USA, Inc.'s Motion *in Limine*, and certain exhibits attached to the Declaration of Margaret Kammerud in support thereof.  Having considered Huawei's request and being fully advised, IT IS HEREBY ORDERED that

///

///

///

///

///

[PROPOSED] ORDER GRANTING
MOTION TO SEAL                                  - 1 -
NO. C14-1351 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA  98154
PHONE (206) 467-6477
FAX (206) 467-6292

1     Huawei's Motion to Seal is GRANTED (Dkt. # 327), and the following materials are hereby filed under seal or as redacted: (1) Huawei's Motion *in Limine*, (2) the Declaration of Michael Flynn-O'Brien in support thereof, and (3) Exhibits 1, 3, 5, 6, 7, 8, 10, and 15 attached to the Declaration of Margaret Kammerud in support thereof.

    DATED this 17th day of February, 2017.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO SEAL - 2 -
NO. C14-1351 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
FAX (206) 467-6292