The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO., LTD., a China company,<br><br>           Defendants. | NO. C14-1351 RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HUAWEI DEVICE USA, INC.'S MOTION TO SEAL ITS OPPOSITION TO T-MOBILE USA, INC.'S MOTIONS IN LIMINE |

Defendant Huawei Device USA, Inc. ("Huawei USA") has moved, pursuant to Local Civil Rule 5(b), for leave to file under seal portions of Huawei USA's Opposition to T-Mobile USA, Inc.'s Motions *in Limine* ("Huawei USA's Opposition") and certain exhibits attached to the Declaration of Margaret Kammerud in support thereof. Having considered Huawei USA's request and being fully advised, IT IS HEREBY ORDERED that

///

///

///

///

///

[PROPOSED] ORDER GRANTING MOTION TO SEAL
NO. C14-1351 RAJ
- 1 -
GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
FAX (206) 467-6292

Huawei USA's Motion to Seal is GRANTED (Dkt. # 336), and the following materials are hereby filed under seal or as redacted: (1) Huawei USA's Opposition to T-Mobile USA, Inc.'s Motions *in Limine*, and (2) Exhibits 2 and 3 to the Declaration of Margaret Kammerud in support thereof.

DATED this 17th day of February, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO SEAL                      - 2 -
NO. C14-1351 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
FAX (206) 467-6292