HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO. LTD, a China corporation,<br><br>    Defendants. | Case No. 14-cv-01351-RAJ<br><br>**ORDER GRANTING T-MOBILE USA, INC.'S MOTION TO SEAL** |

Plaintiff T-Mobile USA, Inc. ("T-Mobile") has moved, pursuant to Local Civil Rule(g) to seal portions of its Opposition to Huawei Device USA, Inc.'s ("Huawei USA") Motion in Limine ("T-Mobile's Opposition"), and D, E, G, J and Q cited in T-Mobile's Opposition and attached to the Declaration of Steven N. Feldman in Support of T-Mobile's Opposition ("Feldman Decl."). Having considered the Motion to Seal (Dkt. # 342), the supporting Declaration of Xinlin Li Morrow (Dkt. # 343), Huawei USA's response, T-Mobile's reply, and being fully advised,

IT IS HEREBY ORDERED that the Motion to Seal for Exhibits D, E, G, J and Q to the Feldman Decl. is GRANTED and the clerk is directed to maintain the above-listed items under seal.

///

///

///

///

ORDER GRANTING T-MOBILE USA, INC.'S MOTION TO SEAL - 1
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1  IT IS HEREBY ORDERED that the Motion to Seal portions of T-Mobile's Opposition is
2  GRANTED.

4  DATED this 17th day of February, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING T-MOBILE USA, INC.'S MOTION
TO SEAL - 2
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350