HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

    Plaintiff,

    v.

HUAWEI DEVICE USA, INC., *et al.*,

    Defendants.

Case No. C14-1351-RAJ

ORDER

    This matter comes before the Court on Defendant Huawei Device USA Inc.'s Motions to Seal (Dkt. ## 364, 377, 388) and Plaintiff T-Mobile USA, Inc.'s Motions to Seal (Dkt. ## 349, 375). For the reasons that follow, the Court **STRIKES** the parties' motions.

    "Unnecessarily voluminous" is an apt description for many of the filings in this case, but nowhere does it apply with more force than the parties' motions to seal. By the Court's count, the parties have filed a total of twenty-two motions to seal in this matter. *See* Dkt. ## 29, 33, 136, 163, 181, 190, 211, 219, 243, 255, 267, 276, 282, 295, 327, 336, 342, 349, 364, 375, 377, 388. Nearly all of these motions have drawn a response brief from the opposing party. Dkt. ## 36, 146, 186, 189, 227, 228, 287, 288, 304, 305, 306, 311, 359, 360, 362, 370, 387. Several have resulted in a reply brief. Dkt. ## 233, 290, 307, 309, 310.

    The Court has encouraged the parties to collaborate. In December 2016, the Court ordered the parties to file a joint statement consolidating their positions on seven pending

ORDER – 1

motions to seal. *See* Dkt. # 313. After receiving the joint submission, the Court ordered the parties to meet and confer concerning their disagreements over which documents should remain under seal. Dkt. # 316. They did so and reached a consensus on certain disputed issues. Dkt. # 322.

To the Court's disappointment, the parties have since reverted to their previous ways. Rather than reach consensus in a joint motion, the parties continue to drag the Court through an inefficient, convoluted briefing process that serves no purpose other than to confuse, overwhelm, and distract the Court.

Accordingly, the Court **STRIKES** all pending motions to seal. Dkt. # 349, 364, 375, 377, 388. Within fourteen (14) days from the date of this Order, the parties are again **ORDERED** to meet and confer. **This time, however, the Court will <u>unseal</u> all documents at issue in the pending motions unless the parties reach an agreement as to which documents at issue in the pending motions should remain under seal. Within fourteen (14) days from the date of this Order, the parties shall jointly file proof of this agreement, or the Court will <u>unseal</u> all affected documents.** Going forward, any motion to seal that is not brought jointly by the parties will be summarily denied and the documents at issue will be unsealed. Any party that violates this Order will be subject to sanctions.

DATED this 10th day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2