HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC., a Delaware corporation,

    Plaintiff,

v.

HUAWEI DEVICE USA, INC., a Texas corporation,

    Defendant.

Case No. 14-cv-01351-RAJ

**[PROPOSED] ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF T-MOBILE'S OPPOSITION TO HUAWEI'S MOTION FOR LEAVE TO FILE RESPONSIVE BRIEF**

**NOTED ON MOTION CALENDAR: MARCH 24, 2017**

Plaintiff T-Mobile USA, Inc. ("T-Mobile") and Defendant Huawei Device USA, Inc. ("Huawei USA") have jointly moved pursuant to Local Civil Rule(g) to file under seal portions of T-Mobile's Opposition to Huawei's Motion for Leave to File a Responsive Brief ("T-Mobile's Opposition"). Having considered the Joint Motion to Seal and being fully advised,

IT IS HEREBY ORDERED that the Joint Motion to File Under Seal Portions of T-Mobile's Opposition is GRANTED.

IT IS SO ORDERED this 20th day of March, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge