The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation,<br><br>Defendant. | NO. C14-1351 RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HUAWEI DEVICE USA, INC.'S MOTION FOR LEAVE TO FILE RESPONSIVE BRIEF |

Defendant Huawei Device USA, Inc. ("Huawei") has moved for leave to file a Responsive Brief. Having considered Huawei's request and being fully advised, IT IS HEREBY ORDERED that

Huawei's Motion for Leave is GRANTED.

DATED this 20th day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE                  - 1 -
NO. C14-1351 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
FAX (206) 467-6292