HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC., a Delaware corporation,

    Plaintiff,

  v.

HUAWEI DEVICE USA, INC., a Texas corporation,

    Defendant.

Case No. 14-cv-01351-RAJ

**PLAINTIFF'S UPDATED VERDICT FORM**

PLAINTIFF'S UPDATED VERDICT FORM
(14-cv-01351-RAJ)

1       Per the Court's direction, Plaintiff T-Mobile USA, Inc. hereby submits the following
2 updated proposed Verdict Form.

PLAINTIFF'S UPDATED VERDICT FORM - 1
(14-cv-01351-RAJ)

# PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury, being duly impaneled and sworn, provide the following answers to the questions submitted by the Court:

**Trade Secret Misappropriation:**

**QUESTION NO. 1**: Do you find by a preponderance of the evidence that T-Mobile has proven its misappropriation of trade secrets claim against Huawei?

YES _____ NO _____

*If you answered "Yes" to Question No. 1, then you must answer Question Nos. 2-3. If you answered "No" to Question No. 1, then you must skip Question Nos. 2-3 and continue on with Question No. 5.*

**QUESTION NO. 2**: What do you find is the amount of damages caused by Huawei's misappropriation of trade secrets?

$_____

**QUESTION NO. 3**: Do you find by a preponderance of the evidence that Huawei's misappropriation of trade secrets was willful and malicious?

YES _____ NO _____

*If you answered "Yes" to Question No. 3, then you must answer Question No. 4. If you answered "No" to Question No. 3, then you must skip Question No. 4 and continue on with Question No. 5.*

**QUESTION NO. 4:** What amount of punitive damages, if any, do you award T-Mobile?

$_____

**Breach of Contract:**

*You must answer Question No. 5.*

**QUESTION NO. 5:** The Court has already determined that Huawei breached its Mutual Nondisclosure Agreement and Clean Room Letter Agreement with T-Mobile. Do you find by a

preponderance of the evidence that T-Mobile has proven its claim that Huawei also breached one or more of its other contracts with T-Mobile?

    Handset and Accessory Supply Agreement

    YES _____ NO _____

    MetroPCS Supply Agreement

    YES _____ NO _____

*You must answer Question Nos. 6 and 7.*

**QUESTION NO. 6:** What do you find is the total amount of actual damages, if any, that T-Mobile incurred as a result of (1) Huawei's breaches of the Nondisclosure Agreement and Clean Room Letter Agreement, and (2) Huawei's breach(es), if any, of the Handset and Accessory Supply Agreement and/or MetroPCS Supply Agreement?

    $_____

**QUESTION NO. 7:** What do you find is the total amount of unjust enrichment damages, if any, that T-Mobile should be awarded as a result of Huawei's breach of either, or both, the Handset and Accessory Supply Agreement and Clean Room Letter Agreement?

    $_____

*Please sign and date this form, and notify the courtroom deputy that you have reached a verdict.*

    Dated this _____ day of _____, 2017.

                                            _____
                                            Presiding Juror

DATED this 9th day of May, 2017.

        s/ *Steven N. Feldman*
John Hueston (admitted *pro hac vice*)
Alison Plessman (admitted *pro hac vice*)
Eric Hayden (admitted *pro hac vice*)
Steven Feldman (admitted *pro hac vice*)
jhueston@hueston.com
aplessman@hueston.com
ehayden@hueston.com
sfeldman@hueston.com
**HUESTON HENNIGAN LLP**
660 Newport Center Drive, Suite 1000
Newport Beach, CA 92660
(949) 229-8640

Michael E. Kipling, WSBA #7677
Marjorie A. Walter, WSBA #40078
kipling@kiplinglawgroup.com
walter@kiplinglawgroup.com
**KIPLING LAW GROUP PLLC**
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103
(206) 545-0345
(206) 545-0350 (fax)

***Counsel for Plaintiff T-Mobile USA, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 9th day of May, 2017.

s/ *Xinlin Li Morrow*
**HUESTON HENNIGAN LLP**
660 Newport Center Drive, Suite 1000
Newport Beach, CA 92660
(949) 229-8640

*Counsel Plaintiff T-Mobile USA, Inc.*

PLAINTIFF'S UPDATED VERDICT FORM - 4
(14-cv-01351-RAJ)