HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

    Plaintiff,

v.

HUAWEI DEVICE USA, INC., *et al.*,

    Defendants.

Case No. C14-1351-RAJ

ORDER

THIS MATTER comes before the Court on Defendant Huawei Device USA, Inc.'s ("Huawei USA") Motion for Judgment as a Matter of Law. Dkt. # 469. The Court finds that no response from Plaintiff T-Mobile USA, Inc. ("T-Mobile") is necessary for the purpose of resolving Huawei USA's motion.

Rule 50(a) provides, "[i]f a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may: (A) resolve the issue against the party; and (B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue." Fed. R. Civ. P. 50(a)(1). In applying Rule 50(a), the Court "must view the evidence in the light most favorable to the nonmoving party . . . and draw all reasonable inferences in that party's favor." *Ostad v. Oregon Health Scis. Univ.*, 327 F.3d 876, 881 (9th Cir. 2003). "A motion for a judgment as a matter of law is

ORDER – 1

properly granted only if no reasonable juror could find in the non-moving party's favor." *El-Hakem v. BJY Inc.*, 415 F.3d 1068, 1072 (9th Cir. 2005).

As the non-moving party, T-Mobile is entitled to all reasonable inferences and for the Court to view the evidence in the light most favorable to it. Applying this standard, and having reviewed Huawei USA's motion and the applicable law, and being familiar with the relevant portions of the trial record, the Court concludes that a reasonable jury would have a legally sufficient evidentiary basis to find for T-Mobile on the issues that Huawei USA raises in its motion. Accordingly, the Court **DENIES** Huawei USA's motion. Dkt. # 469.

DATED this 14th day of May, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2