Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

    Plaintiff,

v.

HUAWEI DEVICE USA, INC.,

    Defendant.

Cause No. C14-1351RAJ

JURY QUESTION AND THE COURT'S RESPONSE

Question from the Jury:

Referring to Instruction No. 3, has any of the admitted evidence been identified only "for a limited purpose"? If so, please tell us which items we must so consider.

Foreperson

Date and Time: 12:50, 5/16

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

The court is not aware of any exhibit that was admitted for a limited purpose. You may consider all of the admitted exhibits

DATED this _Kth_ day of _May_, 2017, at _1:06_
a.m./p.m.

_____
HON. RICHARD A. JONES
United States District Judge