Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

        Plaintiff,

v.

HUAWEI DEVICE USA, INC.,

        Defendant.

Cause No. C14-1351RAJ

JURY QUESTION AND THE COURT'S RESPONSE

Question from the Jury: As a matter of clarity regarding jury instructions, Instruction #29, "Actual Damages", Paragraph #1, Line 1 says that "any and all of the four contracts" must be breached for consideration of "actual damages". Apparently in conflict, Instruction #15 and Question #6 (Verdict Form) specify that NDA and Clean Room Letter and ( Handset and Accessory Supply Agreement" and/or MetroPCS Supply agreement) must be breached. In other words, a different standard. Which applies? Please clarify.

_____
Foreperson

Date and Time: 5/16/17, 1:45 PM

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

The jury may award actual damages for the breach of ~~any~~ contract. (Any)

DATED this 18th day of May, 2017, at 2:40 a.m./~~p.m~~

_____
HON. RICHARD A. JONES
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE – 2