# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE USA, INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C14-1351RAJ |

**  X  ** **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the jury's verdict form entered on May 18, 2017, Judgment is entered in favor of Plaintiff T-Mobile USA, Inc. and against Defendant Huawei Device USA, Inc., in the amount of $4,800,00.00.

Dated this 22nd day of May, 2017.

                                              WILLIAM M. McCOOL,
                                              Clerk of the Court

                                              By:   _/s/ Victoria Ericksen_
                                                         Deputy Clerk