UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO. LTD, a China corporation,<br><br>Defendants. | Case No. 14-cv-01351-RAJ<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF T-MOBILE'S MOTION TO FILE AN OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff T-Mobile's Motion to File an Over-length Brief. Having considered the motion, which requests leave to file a 16-page brief and an 8-page reply in support of T-Mobile's Rule 59(a) motion for a new trial, the Court finds good cause and therefore the motion is GRANTED.

IT IS SO ORDERED this 19th day of June, 2017.

_Richard A. Jones_
_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF T-MOBILE'S
MOTION TO FILE AN OVER-LENGTH BRIEF - 1
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350