1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

T-MOBILE USA, INC., a Delaware
corporation,

        Plaintiff

    v.

HUAWEI DEVICE USA, INC., a Texas
corporation,

        Defendant.

No. C14-1351 RAJ

**[PROPOSED] ORDER DENYING
T-MOBILE'S MOTION FOR
RECOVERY OF ATTORNEYS'
FEES**

[PROPOSED] ORDER DENYING
T-MOBILE'S MOTION FOR RECOVERY
OF ATTORNEYS' FEES - 1
14-CV-01351-RAJ

1       THIS MATTER having come before the Court, T-Mobile USA, Inc.'s Motion for

2  Recovery of Attorneys' Fees, having considered the papers and evidence submitted by the parties,

3  the pleadings, records on file, all other information presented to the Court, and good cause

4  appearing therefore:

5       IT IS HEREBY ORDERED THAT: T-Mobile USA, Inc.'s Motion for Recovery of

6  Attorneys' Fees is DENIED.

7

8  **IT IS SO ORDERED.**

9  Dated this _____ day of June, 2017

10

11

12                          _____
                          Honorable Richard A. Jones

13                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER DENYING            GORDON TILDEN THOMAS & CORDELL LLP
    T-MOBILE'S MOTION FOR RECOVERY      1001 FOURTH AVENUE, SUITE 4000
    OF ATTORNEYS' FEES - 1               SEATTLE, WA 98154
    14-CV-01351-RAJ                 PHONE (206) 467-6477
                                      Fax (206) 467-6292

1  Presented by:

2  *s/Franklin D. Cordell*

3  Franklin D. Cordell, WSBA #26392
   Jeffrey M. Thomas, WSBA #21175

4  GORDON TILDEN THOMAS & CORDELL LLP
   1001 Fourth Avenue, Suite 4000

5  Seattle, Washington 98154
   Telephone: (206) 467-6477

6  Facsimile: (206) 467-6292
   Email: fcordell@gordontilden.com

7  Email: jthomas@gordontilden.com

8

9  James F. Hibey*
   Timothy C. Bickham*

10 Jeffrey M. Theodore*
   Jessica I. Rothschild*

11 STEPTOE & JOHNSON LLP

12 1330 Connecticut Avenue NW
   Washington, DC 20036

13 Telephone: (202) 429-3000
   Email: jhibey@steptoe.com

14 Email: tbickham@steptoe.com

15 Email: jrothschild@steptoe.com
   * Admitted *Pro Hac Vice*

16

17 Michael Flynn-O'Brien*
   STEPTOE & JOHNSON LLP

18 1891 Page Mill Road
   Palo Alto, CA 94394

19 Telephone: (650) 687-9500
   Facsimile: (650) 687-9499

20 Email: mflynnobrien@Steptoe.com
   * Admitted *Pro Hac Vice*

21

22 *Attorneys for Defendant Huawei Device USA, Inc.*

23

24

25

26

27

28 [PROPOSED] ORDER DENYING
   T-MOBILE'S MOTION FOR RECOVERY
   OF ATTORNEYS' FEES - 2
   14-cv-01351-RAJ