HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation,<br><br>　　　　Defendant. | Case No. 14-cv-01351-RAJ<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL |

Plaintiff T-Mobile USA, Inc. ("T-Mobile") and Defendant Huawei Device USA, Inc. ("Huawei USA") have jointly moved pursuant to Local Civil Rule 5(g) to file under seal Exhibits A, B and F attached to the Supplemental Declaration of Steven N. Feldman in Support Thereof. Having considered the Stipulated Motion to Seal and being fully advised,

IT IS HEREBY ORDERED that the Stipulated Motion to File Under Seal Exhibits A, B and F attached to the Supplemental Declaration of Steven N. Feldman in Support Thereof is GRANTED.

IT IS SO ORDERED this 28th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FILE UNDER SEAL - 1
(14-cv-01351-RAJ)