The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation,<br><br>Defendant. | No. C14-1351 RAJ<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF HUAWEI DEVICE USA, INC.'S OPPOSITION TO T-MOBILE'S MOTIONS FOR ATTORNEYS' FEES, COSTS; HUAWEI'S SUPPORTING DECLARATIONS AND EXHIBITS** |

[PROPOSED] ORDER GRANTING
STIPULATED MOTION SEAL - 1
14-CV-01351-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
Fax (206) 467-6292

1    Plaintiff T-Mobile USA, Inc. ("T-Mobile") and Defendant Huawei Device USA, Inc. ("Huawei") have jointly moved pursuant to Local Civil Rule 5(g) to file under seal (1) Huawei Device USA, Inc.'s ("Huawei") Opposition to T-Mobile USA, Inc.'s ("T-Mobile") Motion for Attorneys' Fees, (2) Huawei's Opposition to T-Mobile's Motion to Recovery Costs Pursuant to Federal Rule of Civil Procedure 54, (3) Declaration of Jessica I. Rothschild and supporting Exhibits ("Rothschild Decl."), (4) Declaration of Bradley S. Keller in Support of Huawei's Opposition to T-Mobile USA, Inc.'s Fee Motion ("Keller Decl."), and (5) Declaration of Gail Gegenheimer in Support of Huawei's Opposition to T-Mobile's Fee Motion ("Gegenheimer Decl.").  Having considered the parties' Stipulated Motion and being fully advised, presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Stipulated Motion to File Under Seal Huawei's Oppositions to T-Mobile's Motion for Attorneys' Fees and Motion for Costs, Keller Declaration, Gegenheimer Declaration, Rothschild Declaration and Exhibits is GRANTED.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION SEAL - 1
14-CV-01351-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 FOURTH AVENUE, SUITE 4000
SEATTLE, WA 98154
PHONE (206) 467-6477
Fax (206) 467-6292