HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

    Plaintiff,

v.

HUAWEI DEVICE USA, INC., *et al.*,

    Defendants.

Case No. C14-1351-RAJ

ORDER

This matter comes before the Court on the parties' Stipulated Motion to Seal Huawei's Renewed Motion for Judgment as Matter of Law Under FRCP 50(b). Dkt. # 521. The Court **GRANTS** the motion. As previously indicated by the Court, information that qualifies as a trade secret will remain under seal indefinitely. Dkt. # 39. Information that has been placed under seal that does not qualify as a trade secret will remain sealed throughout these proceedings and any subsequent appellate proceedings. At the conclusion of all proceedings, non-trade secret information will be unsealed unless separate considerations require otherwise. At the appropriate time, the Court will invite briefing on the issue of which documents will be unsealed.

DATED this 6th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1