HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HUAWEI DEVICE USA, INC., a Texas corporation; and HUAWEI TECHNOLOGIES CO., LTD., a China company,<br><br>  Defendants. | Case No. 14-cv-01351-RAJ<br><br>**STIPULATED MOTION TO PROVISIONALLY SEAL TRANSCRIPTS**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 22, 2017** |

The parties have submitted proposed redactions to the trial transcripts in this matter for review by the Court. The parties hereby stipulate to, and jointly move for, an order provisionally sealing the trial transcripts in their entirety pending the Court's review of the proposed redactions.

DATED the 22nd day of December, 2017.　　　DATED the 22nd day of December, 2017.

s/ Michael E. Kipling　　　　　　　　　　　　s/ Franklin D. Cordell (per email authorization)
Michael Kipling, WSBA #7677　　　　　　　　Franklin D. Cordell, WSBA #26392
Marjorie A. Walter, WSBA #40078　　　　　　Jeffrey M. Thomas, WSBA #21175
**KIPLING LAW GROUP PLLC**　　　　　　　**GORDON TILDEN THOMAS &CORDELL LLP**
4464 Fremont Avenue N., Suite 300　　　　　1001 Fourth Avenue, Suite 4000
Seattle, WA 98103　　　　　　　　　　　　　Seattle, WA 98154
(206) 545-0345　　　　　　　　　　　　　　(206) 467-6477
kipling@kiplinglawgroup.com　　　　　　　　fcordell@gordontilden.com
walter@kiplinglawgroup.com　　　　　　　　jthomas@gordontilden.com

STIPULATION AND [PROPOSED] ORDER REGARDING
PROVISIONAL SEALING - 1
(14-cv-01351-RAJ)

| | | |
|---|---|---|
| 1 | John Hueston (admitted *pro hac vice*) | |
| 2 | Alison Plessman (admitted *pro hac vice*) | William F. Abrams (admitted *pro hac vice*) |
| | Eric Hayden (admitted *pro hac vice*) | James F. Hibey (admitted *pro hac vice*) |
| 3 | **HUESTON HENNIGAN LLP** | Timothy C. Bickham (admitted *pro hac vice*) |
| | 523 West 6th Street | Jessica I. Rothschild (admitted *pro hac vice*) |
| 4 | Los Angeles, CA 90014 | **STEPTOE & JOHNSON LLP** |
| 5 | (213) 788-4340 | 1330 Connecticut Avenue NW |
| | jhueston@hueston.com | Washington, DC 20036 |
| 6 | aplessman@hueston.com | (202) 429-3000 |
| | ehayden@hueston.com | jhibey@steptoe.com |
| 7 | | wabrams@steptoe.com |
| | *Counsel for Plaintiff T-Mobile USA, Inc.* | tbickham@steptoe.com |
| 8 | | jrothschild@steptoe.com |

*Counsel for Defendants Huawei Device USA, Inc. and Huawei Technologies Co., Ltd.*

SO ORDERED this _____ day of _____, 2017.

_____
HONORABLE RICHARD A. JONES

STIPULATION AND [PROPOSED] ORDER REGARDING
PROPOSED SEALING - 2
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 22nd day of December, 2017.

*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

STIPULATION AND [PROPOSED] ORDER REGARDING
PROVISIONAL SEALING - 3
(14-cv-01351-RAJ)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350