THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

T-MOBILE USA, INC., a Delaware
corporation,

                Plaintiff,

      v.

HUAWEI DEVICE USA, INC., a Texas
corporation,

                Defendants.

NO.  2:14-cv-01351-RAJ

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff T-Mobile USA, Inc., and Defendant Huawei Device USA, Inc., by and through their respective counsel, hereby stipulate and agree that all claims which have been or could have been asserted in this action shall be dismissed with prejudice and without costs to any party.  The parties request that the Court enter the below proposed Order dismissing this action with prejudice and without costs to any party but retain jurisdiction to address sealing issues.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 1
No. 2:14-cv-01351-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

s/ Michael E. Kipling
Michael E. Kipling, WSBA #7677
Marjorie A. Walter, WSBA #40078
kipling@kiplinglawgroup.com
walter@kiplinglawgroup.com
**KIPLING LAW GROUP PLLC**
4464 Fremont Avenue N., Suite 300
Seattle, WA 98103
(206) 545-0345
(206) 545-0350 (fax)

John Hueston (admitted *pro hac vice*)
Alison Plessman (admitted *pro hac vice*)
Eric Hayden (admitted *pro hac vice*)
jhueston@hueston.com
aplessman@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
(949) 229-8640

*Counsel for Plaintiff T-Mobile USA, Inc.*

s/Franklin D. Cordell
Franklin D. Cordell, WSBA #26392
Jeffrey M. Thomas, WBSA #21175
**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
(206) 467-6477
(206) 467-6292
fcordell@gordontilden.com
jthomas@gordontilden.com

Timothy C.Bickham (admitted *pro hac vice*)
James F. Hibey (admitted *pro hac vice*)
Michael J. Allan (admitted *pro hac vice*)
Jeffrey Theodore (admitted *pro hac vice*)
Jessica I. Rothschild (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000
(202) 429-3902
jhibey@steptoe.com
wabrams@steptoe.com
tbickham@steptoe.com
jtheodore@steptoe.com
jrotschild@steptoe.com

*Counsel for Defendant Huawei Device USA, Inc.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 2
No. 2:14-cv-01351-RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## ORDER

IT IS HEREBY ORDERED that all claims which have been or could have been asserted in this action shall be dismissed with prejudice and without costs to any party. The Court retains jurisdiction to address sealing issues.

SO ORDERED this _____ day of _____, 2017.

_____
HONORABLE RICHARD A. JONES

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 22nd day of December, 2017.


*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 4
No. 2:14-cv-01351-RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292